161 A.3d 784

COMMONWEALTH of Pennsylvania, Respondent

v.

Keith CALDWELL, Petitioner

No. 259 WAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

564

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.